# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IRONSHORE INDEMNITY INC., | : | Case No. 3:21-cv-00241 |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| EVENFLO COMPANY, INC., | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Joint Motion to Modify Amended Preliminary Pretrial Order. For good cause shown, the parties' Joint Motion (Doc. 31) is hereby **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Primary Expert Disclosures | April 28, 2023 |
| Rebuttal Expert Disclosures | May 26, 2023 |
| Discovery Deadline | March 28, 2023 (Fact) |
| | June 30, 2023 (Expert) |
| Dispositive Motions Deadline | July 31, 2023 |

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge