UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IRONSHORE INDEMNITY, INC.,

    Plaintiff,                                     Case No. 3:21-cv-241

vs.

EVENFLO COMPANY, INC.               District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR MISCELLANEOUS RELIEF (Doc. No. 64); (2) VACATING THE BENCH TRIAL SCHEDULED FOR AUGUST 12, 2024; AND (3) SCHEDULING A JURY TRIAL FOR OCTOBER 21, 2024 AT 9:30 A.M.**

---

This case is before the Court upon a joint motion for miscellaneous relief (Doc. No. 64) that would modify the Court's previously adopted schedule (Doc. No. 59). For the reasons below, the Court **GRANTS** the motion (Doc. No. 64).

This case has been active since August of 2021. Nevertheless, a recently filed motion for summary judgment is not yet ripe for review (*see* Doc. No. 65), and the parties are scheduled to participate in mediation later this month. Doc. No. 62. In its previous Order—and out of an abundance of caution—this Court scheduled a trial in August in the event that (1) mediation was unsuccessful, or (2) the case could not be resolved through dispositive motions. Doc. No. 59.

In their motion, the parties indicated to the Court that an August date would not work for them and that the parties' earliest availability for trial is October 21, 2024. Doc. No. 64. Accordingly, the bench trial scheduled for August 12, 2024 is hereby **VACATED**. The Court hereby schedules a jury trial for **October 21, 2024 at 9:30 A.M.** The Court will issue a separate

Order regarding pretrial motion deadlines and a final pretrial conference after it is informed of the mediation outcome.

    **IT IS SO ORDERED.**

Date:   June 7, 2024                               s/ Michael J. Newman
                                                                                Michael J. Newman
                                                                                United States District Judge